JOHN J. HALLERAN et al., Copartners, under the Firm Name of HALLERAN AGENCY, Appellants, *v.* THE NATIONAL CITY BANK OF NEW YORK, Respondent.

(Submitted November 16, 1931; decided November 24, 1931.)

*Walter K. Earle* for motion.

*J. Cyril Donoghue* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.